# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | : | |
| v. | : | Mag. No. 22-9096 |
| | : | |
| ANDY COOK | : | |
| | : | **CRIMINAL COMPLAINT** |

I, Aaron Perkins, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHMENT B

Continued on the attached page and made a part hereof.

by phone

Aaron Perkins, Special Agent
Federal Bureau of Investigation

Special Agent Perkins attested
to this Complaint by telephone
pursuant to FRCP 4.1(b)(2)(A) on
February 24, 2022 in the
District of New Jersey

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

**COUNT ONE**
**(Conspiracy to Commit Carjacking)**

On or about December 6, 2021, in the District of New Jersey, and elsewhere, the defendant,

**ANDY COOK,**

did knowingly and intentionally conspire and agree with others to commit an offense against the United States, namely, to take from the person and presence of another, by force and violence and by intimidation, with intent to cause death and serious bodily harm, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely, a 2021 Porsche Cayenne, contrary to Title 18, United States Code, Section 2119(1).

In violation of Title 18, United States Code, Section 371.

**COUNT TWO**
**(Carjacking)**

On or about December 6, 2021, in the District of New Jersey, and elsewhere, the defendant,

**ANDY COOK,**

did take a motor vehicle, namely, a 2021 Porsche Cayenne, that has been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force, violence, or intimidation, with the intent to cause death or serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1).

**COUNT THREE**
**(Conspiracy to Use a Firearm during a Crime of Violence)**

On or about December 6, 2021, in the District of New Jersey, and elsewhere, the defendant,

**ANDY COOK,**

did knowingly, intentionally, and willfully combine, conspire, confederate and agree with each other to use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the Carjacking charged in Count Two, a violation of Title 18, United States Code, Section 2119(1)

In violation of Title 18, United States Code, Sections 924(o).

**ATTACHMENT B**

I, Aaron Perkins, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating a gun-point carjacking (the "Carjacking") involving Victim-1 that occurred on or about December 6, 2021, at approximately 7:26 p.m. in Montclair, New Jersey. The Carjacking was captured on video surveillance footage.

2. Victim-1 was sitting inside of a 2021 Porsche Cayenne (the "Porsche") when she was approached by an individual that came to the driver's side of the Porsche ("Suspect-1"). Suspect-1 pointed a firearm at Victim-1 and ordered Victim-1 to exit the Porsche's driver's seat and to leave her belongings inside the Porsche. Simultaneously, another individual, later identified as Andy Cook ("COOK") entered the Porsche and drove away. Suspect-1 ran away on foot.

3. Moments later, the Carjacking was reported to the police and law enforcement officers responded to the scene and conducted surveillance in the nearby roads. Officers who were patrolling the area observed the Porsche and followed it onto Interstate Route 280 in Orange, New Jersey.

4. Subsequently, COOK stopped driving the Porsche, left the Porsche in the middle of Interstate Route 280, and fled on foot at or near the First Street Exit of Interstate Route 280 in Newark, New Jersey. Then, law enforcement officers chased after COOK on foot and found him hiding in a residential building located at or near Second Street in Newark, New Jersey.

5. Upon arrest, a search of COOK revealed that he was in possession of the key to the Porsche.

6. The Porsche was manufactured outside of the State of New Jersey, and thus moved in and affected interstate commerce prior to December 6, 2021.